# In The United States Court of Federal Claims

No. 12-554C

(Filed: October 22, 2012)

_____

DAVID E. O'BRIEN,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Today, defendant filed an unopposed motion for a 30-day enlargement of time in which to file a response to the complaint. The motion is hereby **GRANTED**. On or before November 28, 2012, defendant shall file a response to the complaint.

    **IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra  
                                                  Francis M. Allegra  
                                                  Judge