# In The United States Court of Federal Claims

No.  12-554C

(Filed:  January 31, 2013)

_____

DAVID E. O'BRIEN,

       Plaintiff,

    v.

THE UNITED STATES,

       Defendant.

_____

**ORDER**

_____

On January 30, 2013, plaintiff filed an unopposed motion for an enlargement of time in which to file a response to defendant's Motion for Partial Dismissal and for Judgment on the Administrative Record.  The motion is hereby **GRANTED**.  On or before March 4, 2013, plaintiff shall file its response.

**No further enlargements of this deadline will be granted.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge