# In The United States Court of Federal Claims

No. 12-554C

(Filed: February 28, 2013)

_____

DAVID E. O'BRIEN,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 27, 2013, defendant filed an unopposed motion for an enlargement of time for plaintiff to file a response to defendant's Motion for Partial Dismissal and for Judgment on the Administrative Record. This is the third request for extension of this deadline. The motion is hereby **GRANTED**, in part and **DENIED**, in part. The court does not see why it should take a month to review 2,000 pages. Accordingly,

1. On or before March 11, 2013 defendant shall file the supplemented Administrative Record; and

2. On or before March 25, 2013, plaintiff shall file his response.

**No further enlargements of this deadline will be granted for any reason.**

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge