# In The United States Court of Federal Claims

No. 12-554C

(Filed: March 22, 2013)

_____

DAVID E. O'BRIEN,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

      A telephonic status conference will be held in this case on Friday, March 29, 2013, at 10:00 a.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED.**

                              s/ Francis M. Allegra  
                              Francis M. Allegra  
                              Judge