# In The United States Court of Federal Claims

No. 12-554C

(Filed: March 29, 2013)

_____

DAVID E. O'BRIEN,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

Today, a status conference was held in this case. Participating in the conference were Raymond Toney, for plaintiff, and Michael Snyder, for defendant. Pursuant to the parties' agreement during the conference, the administrative record will remain sealed, but necessary references to the record in filings will neither be sealed nor redacted.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge