# In The United States Court of Federal Claims

No. 12-554C

(Filed: April 17, 2013)
_____

DAVID E. O'BRIEN,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

### ORDER
_____

      On April 16, 2013, defendant filed a consent motion for an enlargement of time to file its response to plaintiff's Motion for Judgment on the Administrative Record and its reply to its own motion. The motion is hereby **GRANTED**. Accordingly,

1. On or before May 10, 2013, defendant shall file its response and reply; and

2. On or before May 24, 2013, plaintiff shall file his reply.

**IT IS SO ORDERED.**

                                               s/ Francis M. Allegra
                                               Francis M. Allegra
                                               Judge