# In The United States Court of Federal Claims

No. 12-554C

(Filed: November 6, 2013)

_____

DAVID E. O'BRIEN,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Oral argument on defendant's motion to dismiss will be held in this case on Tuesday, January 7, 2014, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20439.  The courtroom location will be posted in the lobby on the day of the oral argument.

    **IT IS SO ORDERED.**

                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge